IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON DIVISION

Jacquelyn Wright,

          Plaintiff,

v.

Performant Recovery, Inc.; and
DOES 1-10, inclusive,

          Defendants.

: Civil Action No.: 3:14-cv-17200

Pursuant to the stipulation of the parties and for good cause shown, it is hereby

ORDERED this case be dismissed without prejudice with each party to bear its own fees and costs.

DATED: August 12, 2015

_____
ROBERT C. CHAMBERS, CHIEF JUDGE